# Third District Court of Appeal

## State of Florida

Opinion filed September 15, 2021.

_____

No. 3D21-169
Lower Tribunal Nos. 20-163 AP, 11-7660 CC

_____

**United Automobile Insurance Company,**
Appellant,

vs.

**Life Medical Center Corp., a/a/o Alma A. Guevara,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Lawrence D. King, Judge.

Michael J. Neimand, for appellant.

David B. Pakula, P.A., and David B. Pakula (Pembroke Pines); and Corredor & Husseini, P.A., and Maria E. Corredor, for appellee.

Before HENDON, MILLER, and BOKOR, JJ.

**ON CONFESSION OF ERROR**

HENDON, J.

The appellee, Life Medical Center Corp., a/a/o Alma A. Guevara ("Life Medical"), has properly confessed error based on the decision in United Automobile Insurance Company v. Professional Medical Group, Inc., 318 So. 3d 1261 (Fla. 3d DCA 2021), in which this Court held that the trial court reversibly erred by awarding attorney's fees without conducting an evidentiary hearing on the reasonableness of attorney's fees. Id. at 1262. Accordingly, we reverse the order under review and remand for an evidentiary hearing.

Reversed and remanded.